NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JVANE ALLEN,<br><br>  Plaintiff,<br><br> vs.<br><br>K. RICHARDSON, et al.,<br><br>  Defendants. | No. C 09-00507 JF (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br><br><br>(Docket No. 2) |

On February 9, 2009, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the clerk of the Court sent a notification to Plaintiff that his application for leave to proceed in forma pauperis (Docket No. 2) was insufficient because Plaintiff did not submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. The deadline as since passed, and Plaintiff has not paid the filing fee nor filed a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or file a completed in forma

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Allen00507_dism-ifpdef.wpd

1  <u>pauperis</u> application.

2  The Clerk shall terminate any pending motions and close the file.

3  IT IS SO ORDERED.

4  DATED:  4/23/09

JEREMY FOGEL
United States District Judge

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Allen00507_dism-ifpdef.wpd      2